| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>3:99CR114-001/RV |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>4-05CR-071-A |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Lynwood A. Maroone<br>522 Angelina Drive<br>Arlington, TX 76018 | Florida Northern | Pensacola |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Roger Vinson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/28/03    TO 04/28/06 |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 16 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**OFFENSE**

Count 1: Possession of a Firearm by a Convicted Felon, 18 U.S.C. §§ 922(g) and 924(a)(2)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF TEXAS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/12/05
Date                      Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/16/05
Effective Date              United States District Judge

OFFICE OF CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT
PENSACOLA, FLA.

05 MAY 19 PM 12:25

FILED